UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEO J. HAMILTON,

       Plaintiff,                                    Civil No. 06-181-ST

     v.                                            O R D E R

ISAAC HIBBS; RALPH GODFREY; PATRICK
WILLIAMS; and CITY OF GRESHAM,

       Defendants.

HAGGERTY, Chief Judge:

      Magistrate Judge Stewart issued a Findings and Recommendation [56] in this action that recommended that defendants' Motion for Partial Summary Judgment [30] should be granted to defendant Godfrey as to the Second Claim and otherwise denied.

1 - ORDER

No objections were filed to this Findings and Recommendation, and the case was referred to me. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [56] is adopted. Defendants' Motion for Partial Summary Judgment [30] is GRANTED on plaintiff's Second Claim as to defendant Godfrey only, and in all other respects is DENIED.

IT IS SO ORDERED.

Dated this __20__ day of November, 2007.

                                                            /s/ Ancer L. Haggerty
                                                              Ancer L. Haggerty
                                                  United States District Judge